**JACOB M. SCOTT v. WINGATE WILDERNESS THERAPY, LLC**

**Case No. 4:18-cv-002-DN**

**WINGATE WILDERNESS THERAPY'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**EXHIBIT INDEX**

| | |
|---|---|
| Exhibit 1 | Second Affidavit of Shayne Gallagher |
| Exhibit 2 | Letter dated February 25, 2015 |
| Exhibit 3 | Parent Handbook |
| Exhibit 4 | Affidavit of Scott Hess |
| Exhibit 5 | Psychology Today Article |
| Exhibit 6 | Application for Enrollment |
| Exhibit 7 | Release of Confidential Information Form |