**EXHIBIT 1**

ANDREW MORSE (4498)
NATHAN A. CRANE (10165)
**SNOW, CHRISTENSEN & MARTINEAU**
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
Email: nac@scmlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| JACOB M. SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WINGATE WILDERNESS THERAPY, LLC, a Utah Limited Liability Company;<br><br>Defendant. | **SECOND AFFIDAVIT OF SHAYNE GALLAGHER**<br><br>Case No. 4:18-cv-002-DN<br><br>Judge David Nuffer |

STATE OF UTAH        )
                     :ss.
COUNTY OF KANE       )

I, Shayne Gallagher, being first duly sworn deposes and states:

1. I am over 18 years of age and of sound mind.

2. At all times set forth below I was, and currently am, the Executive Director of Wingate Wilderness Therapy ("Wingate").

3. I have personal knowledge of the facts stated below.

4. Wingate commonly treats youth with post-traumatic stress disorder ("PTSD"), emotional trauma, anxiety, depression, bi-polar disorder, reactive attachment disorder, obsessive compulsive disorder, substance abuse, attention deficit disorder, suicide ideation, borderline personality disorder, oppositional defiance disorder, and other behavioral disorders.

5. On average, a participant is in our therapeutic treatment program for sixty to eighty days.

6. Wingate is often used as a primary therapeutic program before clients go to longer-term secondary programs. Due to the effectiveness of Wingate's therapy program, historically many longer-term programs, such as residential treatment programs, will not accept a client unless the client has first gone through our wilderness therapy program, or a program similar to ours.

7. Wingate commonly receives referrals for clients who have not been successful in residential treatment facilities, therapeutic boarding schools, and young adult sober living community programs. These clients attend Wingate and then return to the initial program for additional treatment.

8. Wingate's website references boot camps and highlights the differences between traditional boot camps and the therapeutic treatment program at Wingate. Parents looking for services that Wingate provides often conduct online searches using the term "boot camp" as they are not familiar with the term "wilderness therapy program." Wingate's inclusion of a comparison with boot camps on its website helps increase the website's search engine optimization ("SEO").

9. Wingate typically has between forty to eighty participants at any time in our therapeutic

2

program. Many of these individuals suffer from more than one disorder, aliment, or condition. Currently, Wingate has forty-five participants receiving therapeutic treatment for a variety of diagnosis. These forty-five individuals are being treated as follows: sixteen participants are being treated for depression; thirty-one participants are being treated for substance abuse; eighteen participants are receiving counseling for parent-child relationship problems; seven participants are being treated for anxiety; ten participants are being treated for PTSD/emotional trauma; twelve participants are being treated for oppositional defiance disorder; one participant is being treated for attention deficit hyperactive disorder; two are being treated for borderline personality disorder; three are being treated for reactive attachment disorder; and two participants are being treated for neurodevelopmental/spectrum related issues.

10. Wingate accepts insurance payments for clients. Typically, insurance covers all individual and group therapy sessions.

11. Prior to enrollment, an Application for Enrollment is completed for each participant detailing their physical and mental health, as well as the reasons for seeking treatment at Wingate.

12. Once admitted, a Treatment Plan is prepared by a health care professional for each individual in our therapeutic program. The Treatment Plan identifies initial diagnostic impressions, identifies treatment objectives, identifies treatment areas, and lists goals on how to meet all objectives. Each Treatment Plan contains a therapeutic counseling component.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

DATED this 8th day of June, 2018.

_____
Shayne Gallagher

SUBSCRIBED AND SWORN to before me this ___8___ day of March, 2018.

_____
Notary Public
Residing in Kane County State of Utah

MEGAN JONES
Notary Public
State of Utah
Comm. No. 683082
My Comm. Expires May 1, 2019