# EXHIBIT 3



# WINGATE
*Wilderness Therapy*

# PARENT HANDBOOK

WinG 112

# Introduction

## Welcome

Thank you for choosing WinGate to be a part of your family's journey to improved wellness. We know that sending a child away to any program is a huge leap of faith. Thank you for putting your trust in us - it is a trust that we take very seriously, and we invite you to walk with us every step of the way.



*The WinGate journey is about building relationships that engage interest, invite choices, and support the discovery of self along the trail.*

Throughout this journey, you will have many questions about your child's activities and well-being, about the program in general, and what to do after WinGate. We welcome your questions at any time, and commit to providing open and frequent communication along the way. In addition, we invite you to read and re-read this Parent Handbook, as it contains many details about the philosophies, procedures, structures, expectations, and activities of the program. We are honored to play such a vital role in your family's path to more effective relationships.

WinGate Wilderness Therapy is a premier outdoor treatment program, built on a collection of the best and most effective elements of wilderness therapy in the industry. We are a team of experience and passion - a company built to last.

We love the work we do, integrating the power of the wilderness with the therapeutic process of change. We are committed to the safety, health, and overall well-being of those we have the privilege to work with.



## Mission

Utilizing the healing elements of the earth to unite the hearts of families, we teach through example, encourage through love and understanding, empower change, and ignite a renewed commitment to life.

## Vision

We create an awaking of the heart through healing the pain of the past, understanding the value of today, and gaining a sense of strength for the future.

## Core Philosophy of Change

WinGate's strengths-based model utilizes the wilderness - it's beauty and its challenge - to assist students in understanding their talents and abilities. Unlike a "boot camp" model, the WinGate journey is about building relationships that engage interest and invite the discovery of self along the trail. As students become engaged in their experience, the metaphors of creating useful tools and developing new-found skills open the windows of therapeutic progress.



WinG 113

Through this process students begin to recognize that their choices brought them to this point in their life, and current actions will help them create a new, more effective pathway to success.

## We Are WinGate

WinGate was founded bringing together a team of the most experienced program developers, administrators, and clinicians in the field. The programming, philosophy, and therapeutic interventions created by this team have formed an atmosphere of success for hundreds of families and bringing a new era of development in wilderness therapy.

> We have learned that an effective way to build and maintain positive relationships is to remain unoffended, even in the face of opposition, defiance, criticism, and disrespect.

The medical team consists of our highly experienced medical director, our field nurse, medical-response-trained field staff, and local emergency medical resources. Each student receives a complete physical upon arrival, as well as weekly physical check-ups in the field by our field nurse. Through the latest technologies and strategic field areas, we can address other medical concerns and/or injuries immediately.



The field staff is among the best in the industry and undergoes continuous training in the safety, outdoor, and emotional growth elements of the program. They are excellent communicators, "engagers," and "inviters," and play an integral role in the process of change for each student on the trail.

For more information, including current bios of our team members, please visit our website at www.wingatewildernesstherapy.com, or contact our office at 1-800-560-1599.

# Program Overview

## Daily schedule

While each day in the program may bring unique experiences and opportunities, you can expect your child to operate within a fairly predictable structure. While there will undoubtedly be variations and the need for flexibility, there are generally two types of days in the field - hiking days and therapy days. The following schedules will give you a glimpse into the life of a student at WinGate:

Hiking Days (usually Wednesday through Sunday)

- Arise and Wash up (face & hands)
- Prepare breakfast and eat
- Staff "teaching moment" or group discussion
- Pack personal gear
- Breakdown camp / pack group gear / camp sweep
- Hike to next camp site (2 to 5 miles in Winter, 5 to 10 miles in Summer)
- Lunch
- Set up group camp / set up personal sleeping shelter
- Group games and activities
- Learn primitive skills / complete therapy assignments / other educational packets
- Group discussion ("Wind Speaking"/teaching principles, etc.)
- Prepare dinner and eat
- Games / group discussions / teaching moment
- Retire to bed



Therapy or "Lay Over" Days (usually Monday and Tuesday)

- Arise and wash up
- Staff "Teaching Moment"
- Prepare breakfast and eat
- Doctor visit / health check for each student
- Lunch - prepared meal of fruit, vegetables, and a main course for staff & students
- Therapist arrives - individual and family therapy sessions
- Personal & Mentor Time (PMT) to write letters, complete therapy assignments, complete skills, etc.
- Group therapy - therapists may spend an overnight with group
- Games

## Food & Nutrition

The food at WinGate is for sustenance – not for pleasure. Sometimes a difficult lesson to learn, students recognize over time that they can manage their appetites, desires, addictions, and wants, and food becomes a gateway to that insight. This becomes an internal locus of control based on a very external motivator.

Food and nutrition are an important part of your child's success in the wilderness. Under the direction of a licensed dietician, we have created a menu that includes a variety of foods that

provide the necessary nutritional elements, and taste good too. These foods are typically dried or dehydrated, supplemented by fresh fruits and vegetables twice a week. A sample of the dried food items includes rice, pasta, beans, lentils, couscous, split peas, flour, brown sugar, cinnamon, oats, granola, milk, cheese, butter, spices, nuts, banana chips, raisins, etc. Fresh produce generally includes carrots, broccoli, potatoes, onion, garlic, avocados, tomatoes, apples, oranges, bananas, lemons/limes, and the like depending on the season.

Hydration is of the utmost concern and importance to us. Prior to a hike, staff check the students hydration level by what is a called a "pulse check". This keeps safety levels high and teaches students the importance of water intake. Water is brought from town to the field at each campsite to ensure water purity and safety.

## Gear

Spending several weeks in the wilderness requires appropriate outfitting. Because we are familiar with the terrain and climate of the field, WinGate will provide all the gear your child will need during his or her stay. Students at WinGate are never deprived of their gear at anytime. As part of the journey, your child may choose to participate in what we call "challenge by choice." This is an option for students to turn in gear (still getting it upon discharge) for more primitive items they desire to make on their own. For example, rather than utilizing a commercial backpack, a student may choose to make a backpack from native materials like the packs our staff use. Or, they may want to make moccasins out of leather to wear around camp rather than their issued "Crocs."

Upon arrival at WinGate your child will be outfitted in the proper outdoor gear and everything he or she arrived with (personal belongings) will be inventoried, placed in a bin and locked away until discharge.

## Hygiene

Personal hygiene is very important for each student. Hygiene supplies are provided and distributed to each student, and every student will have access to warm showers each week. Laundry is also done for every student on a weekly basis.

Please keep in mind that there are times when students enjoy living outdoors as a "dirty time". Pictures may depict a student far from "polished". We urge parents to remember that their child is living outdoors, and a little dirt may be seen. WinGate invites students to clean up as much as possible and hands and teeth as well as feminine hygiene issues are all monitored very closely.

## Assessment

Accurate assessment is critical in clearly understanding your child. This is one of the key reasons that a thorough and detailed history is so vital, and we appreciate your efforts in providing as much data as you can. We also utilize information from the clinical interviews and on-going observation as data points in forming our diagnostic impressions. An additional

©WinGate Wilderness Therapy | 1.800.560.1599  5 

powerful, comprehensive method in understanding elements of the individual is accomplished through a psycho-educational evaluation.

Because we don't want a cross over "bias" by testing internally, we recommend that a psychological evaluation be done by an outside firm (if no recent testing has been done). You as parents will contract directly with the psychological testing services. Talk to your WinGate therapist if you have questions or recommendations are needed.

## Your Commitment

Commit today that you and your student will graduate from WinGate Wilderness Program. Communicate this commitment to yourself and your student every chance you get. Placing a child in a wilderness program is a very difficult decision. Our experience is that as long as a parent is questioning this decision, neither the student nor the family can make progress. Students can sense the indecision and will spend time working to get out of the program instead of working in the program. Your time in wilderness therapy is short yet impactful. The best first step you can take is to solidify your commitment and communicate that commitment to your child.

Resist the urge to rescue. You have embarked upon a therapeutic journey. The outcome of this journey will be determined by your commitment to keep going even when the going is tough.



You and your child will be addressing fears, pain, and coming to realizations along the way. It is natural as a parent to want to spare children any discomfort, and change often brings about emotional pain. Perhaps a way to view the wilderness process accurately is to recognize the difference between suffering and struggling. We do not want kids to suffer, however, we recognize that struggle is a necessary part of growth - just like building muscles. It is extremely important that you "resist the urge to rescue" your child when they encounter the struggle of their life's experience. Instead, work with your therapist on ways to support your child. Growth and change come as we learn to face our fears, and work through struggles. This is a key step to deep and meaningful change.

Make a firm commitment to the change process. Change is difficult and often painful. It requires us to look at ourselves in a way that is not always pleasant. Make a commitment today to yourself and your family that you will do whatever it takes to create change in yourself and your family.

# Communication

Communication between you and the program, as well as you and your child, is a vital component of the program. You will undoubtedly have questions about your child's experience, and will also benefit from communicating with your child in a more structured way throughout the wilderness experience. The following describes various aspects of the communication process during your child's stay at WinGate.



## Phone Calls

Your primary contact during your child's stay will be his or her therapist. The therapist will make every effort to be available throughout the family journey.

Weekly
Phone calls will happen on a weekly basis and are generally fifty minutes long (unless specifically worked out with therapist). Usually set at a specific time each week, this is an opportunity for your therapist to review your child's progress, share new insights about your child, discuss treatment planning, ask you questions about family dynamics and history that might facilitate the therapeutic process, and answer questions you may have about the program or your child's experience. It is also a time to review assignments and other work you may do as you engage in the process of change as well.

Parent Conference Call Option
Every Tuesday evening at 7:00 PM Mountain Time parents have the opportunity to call into a conference line and participate in a conversation on current events and specific topics related to the wilderness experience. This is a great opportunity to ask questions, receive instruction, and gain valuable support through your child's stay at WinGate. This resource is also available post discharge from the program.

To join the parent conference call dial 1-605-475-4000 then enter the participant code of #619314. Upon connection, follow the prompts.

## The WinGate Parent Portal

An e-mail will be sent to connect your WinGate account (used in the application process) to our Parent Portal. This will be the primary method of communication between you and your child as you and your child exchange letters. Initially, we encourage communication be limited between you (the parents) and your son or daughter. As he or she progresses through the program, it may be beneficial to have other family members participate in letter writing as well. We will encourage your child to focus his or her letter writing to family members, but often they feel the need to write to friends or other important people in their life. Some of these will

