IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACOB M. SCOTT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WINGATE WILDERNESS THERAPY, LLC, a Utah Limited Liability Company,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:18-cv-00002-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED that Plaintiff's Complaint[1] is DISMISSED WITH PREJUDICE.

Signed March 14, 2019

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Complaint, docket no. 2, filed March 2, 2018.